## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | ] |
| | ] Case Number 07-04821 |
| JIWELEAN CARTER | ] CH 13 |
| | ] Judge Susan Pierson Sonderby |
| | ] |
| Debtor(s). | ] |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM FILED BY HOUSEHOLD FINANCE CORPORATION

Household Finance Corporation, by and through its attorneys, FREEDMAN, ANSELMO, LINDBERG AND RAPPE, LLC, hereby withdraws its Proof of Claim, claim number 7 filed on May 24, 2007.

/s/ Steven C. Lindberg
Attorney for HSBC Mortgage Services, Inc.

Dated: September 12, 2007

Steven C. Lindberg  #31263232
Robert H. Rappe  #6201817
FREEDMAN ANSELMO, LINDBERG and RAPPE, LLC
1807 W. Diehl Rd., Ste 333
Naperville, IL  60566-7228
630-983-0770    877-729-6734
630-983-7888 (fax)
Attorney No.   Cook 26122, DuPage 42005, Kane 031-26104,
Peoria 1794, Winnebago 3802, IL 03126232

**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**