```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 04821
    JIWELEAN CARTER
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-4140


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 03/19/2007 and was confirmed 07/26/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was converted to chapter 7 after confirmation 01/04/2007.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
AMC MORTGAGE SERVICES    CURRENT MORTG         .00            .00            .00
AMC MORTGAGE SERVICES    MORTGAGE ARRE      970.00            .00            .00
CITIFINANCIAL AUTO CREDI SECURED VEHIC     6294.29         145.09         696.70
CITIFINANCIAL AUTO CREDI UNSECURED       NOT FILED            .00            .00
CITY OF CHICAGO DEPT OF  SECURED            320.00            .00            .00
AT & T BANKRUPCTY        UNSECURED       NOT FILED            .00            .00
COLLECTION COMPANY OF AM UNSECURED       NOT FILED            .00            .00
COLLECTION COMPANY OF AM UNSECURED       NOT FILED            .00            .00
COMMONWEALTH EDISON      UNSECURED       NOT FILED            .00            .00
COMCAST CABLE            UNSECURED       NOT FILED            .00            .00
CHARMING SHOPPES         UNSECURED          677.72            .00            .00
HOUSEHOLD FINANCE CORP   UNSECURED        12518.55            .00            .00
HSBC NV                  UNSECURED       NOT FILED            .00            .00
LITTEL FUSE CREDIT UNION UNSECURED       NOT FILED            .00            .00
EVERGREEN EMERGENCY SERV UNSECURED       NOT FILED            .00            .00
EVERGREEN EMERGENCY SERV UNSECURED       NOT FILED            .00            .00
MCI COMMUNICATIONS       UNSECURED       NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE UNSECURED          496.51            .00            .00
RESURGENT CAPITAL SERVIC UNSECURED          195.00            .00            .00
VAMCO CREDIT UNION       UNSECURED       NOT FILED            .00            .00
WFFINANCIAL              UNSECURED          738.53            .00            .00
AMC MORTGAGE SERVICES    NOTICE ONLY     NOT FILED            .00            .00
HOUSEHOLD FINANCE CORP   UNSECURED             .00            .00            .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY       2,484.00                       808.05
TOM VAUGHN               TRUSTEE                                          114.16
DEBTOR REFUND            REFUND                                              .00

    Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                    1,764.00

            PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 04821 JIWELEAN CARTER
```

```
PRIORITY                                                              .00
SECURED                                                            696.70
     INTEREST                                                      145.09
UNSECURED                                                             .00
ADMINISTRATIVE                                                     808.05
TRUSTEE COMPENSATION                                               114.16
DEBTOR REFUND                                                         .00
                                      ----------------    ----------------
TOTALS                                        1,764.00            1,764.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 04/04/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 07 B 04821 JIWELEAN CARTER